**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WINFRED LAMAR THOMAS, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:16-CV-969 JAR |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on movant's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. Movant requests permission to file a supplemental brief no later than August 8, 2016. The request is granted.

Movant also filed a motion to stay this case pending the decision of the Court of Appeals to grant him leave to file this action. The Court of Appeals has granted his request. So, the motion is moot.

Accordingly,

**IT IS HEREBY ORDERED** that movant may file a supplemental brief no later than **August 8, 2016**. The Court will hold this action in abeyance until that time.

**IT IS FURTHER ORDERED** that movant's motion to stay is **DENIED** as moot. [ECF No. 1]

Dated this 8th day of July, 2016.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE