**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| WINFRED LAMAR THOMAS, | ) |
| Movant, | ) ) ) |
| v. | ) No. 4:16-CV-969 JAR |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent, | ) |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that movant's motion for extension of time [ECF No. 6] is **GRANTED**. Movant's brief is due no later than **September 7, 2016**.

Dated this 9th day of August, 2016.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE